# IN THE SUPREME COURT OF THE STATE OF NEVADA

RENELYN BAUTISTA,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
MATHEW HARTER, DISTRICT JUDGE,
Respondents,
and
JAMES PICONE,
Real Party in Interest.

No. 72654

FILED

MAY 09 2017

## ORDER DENYING PETITION FOR
## WRIT OF MANDAMUS OR PROHIBITION

This original petition for a writ of mandamus or prohibition challenges a district court order denying petitioner's motion to modify child custody.

Having considered the petition and supporting documents, we are not persuaded that our extraordinary and discretionary intervention is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991). In particular, petitioner has an adequate

remedy in the form of an appeal.[1]  *Pan*, 120 Nev. at 224, 88 P.3d at 841; *Burton v. Burton*, 99 Nev. 698, 700, 669 P.2d 703, 705 (1983).  Accordingly, we

ORDER the petition DENIED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc:     Hon. Mathew Harter, District Judge
        Black & LoBello
        James Picone
        Eighth District Court Clerk

---

[1]Petitioner has also requested this court disqualify the district court judge.  We conclude she has an adequate legal remedy in the form of a motion to disqualify filed in the district court.  *See* NRS 1.235.

SUPREME COURT
OF
NEVADA

(O) 1947A